UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20655-CIV-ALTONAGA/Goodman

**ALICE JOHNSON**,

    Plaintiff,

v.

**NCL (BAHAMAS) LTD.**,

    Defendant.

_____/

### ORDER

**THIS CAUSE** came before the Court at an April 9, 2020 Motion Hearing [ECF No. 21] on Defendant, NCL (Bahamas) Ltd.'s Motion to Dismiss [ECF No. 12]. For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 12]** is **DENIED**. Defendant has until and including **April 17, 2020** to file an answer to Plaintiff's Complaint **[ECF No. 1]**.

**DONE AND ORDERED** in Miami, Florida, this 9th day of April, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record