UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-20655-CIV-COOKE/GOODMAN

ALICE JOHNSON,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,

    Defendant.

_____/

## POST-DISCOVERY HEARING ADMINISTRATIVE ORDER

On August 5, 2020, the Undersigned held a telephonic hearing on the parties' discovery dispute. [ECF Nos. 32-35]. At the hearing, the Court **ordered** as follows:

**1.     Request for Production No. 35**

By August 20, 2020, Defendant shall produce to Plaintiff the requested guest complaints. The Undersigned finds that the incidences are similar enough to enable Plaintiff to obtain the requested discovery; however, this ruling concerns only discoverability and does not encompass admissibility at trial, nor does it encompass admissibility for other purposes, such as use in summary judgment proceedings.

**2.     Request for Production No. 38**

If the corrective action reports or nonconformity reports exist, then Defendant

shall produce them to Plaintiff by August 20, 2020. If those same types of reports exist for the *Breakaway* incident, then Defendant shall produce those reports to Plaintiff by the same deadline.

### 3.     Request for Production No. 39

Defendant withdraws its objection to Request for Production No. 39 because the Request relates to the subject cruise; however, Defendant reserves the right to identify any privileged documents, should any exist. Defendant shall produce the responsive documents to Plaintiff by August 20, 2020. If Defendant identifies any privileged documents, then Defendant shall list them on a privilege log and produce the log to Plaintiff.

### 4.     Request for Production No. 55

By August 20, 2020, Defendant shall produce the 2692 Report of the *Breakaway* incident.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on August 5, 2020.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Marcia G. Cooke
All counsel of record